IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNNY DENNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 15-CV-158-JHP |
| BOARD OF COUNTY ) | |
| COMMISSIONERS OF LOVE COUNTY, ) | |
| OKLAHOMA, and JOE RUSSELL, ) | |
| in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the Court's Order granting Defendant Board of County Commissioners of Love County, Oklahoma's Motion for Summary Judgment (Doc. No. 36) on Plaintiff's federal claim (First Count) and dismissing without prejudice Plaintiff's remaining claims against Defendants (1) Board of County Commissioners of Love County and (2) Joe Russell in his individual capacity, the Court enters judgment for the Defendants and against the Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 8th day of December, 2016.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma